# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| PATRICIA GARCIA | § § | |
| v. | § § | Civil Action No. 4:21-cv-00015 |
| CONTINENTAL CREDIT | § | |

### DEFENDANT'S NOTICE OF WITHDRAWAL OF
### MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH DEPOSITION NOTICES

COMES NOW Defendant and hereby withdraws without prejudice its Motion for Protective Order and Motion to Quash Deposition Notice [Doc. 20] filed herein on October 8, 2021.

Respectfully submitted,

HUSCH BLACKWELL, LLP

By: /s/ Sabrina A. Neff
Sabrina A. Neff
TBN: 24065813
600 Travis St., Suite 2350
Houston, Texas 77002
(713) 647-6800 – Telephone
(713) 647-6884 – Facsimile
sabrina.neff@huschblackwell.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    This undersigned certifies that on October 12, 2021, the foregoing was filed with the Clerk of the Court by using the court's e-filing system, causing electronic service on all counsel of record.

Lisbeth Findsen      *__Via ECF__*
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
*Counsel for Plaintiff*

                                        By: */s/Sabrina A. Neff*
                                              Sabrina A. Neff