# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PATRICIA GARCIA | § |
| | §   Civil Action No.  4:21-CV-15 |
| v. | §   (Judge Mazzant/Judge Nowak) |
| | § |
| CONTINENTAL CREDIT, ET AL. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the Stipulation of Dismissal with Prejudice submitted by Plaintiff Patricia Garcia and Defendant Security Finance of Texas, LP (Dkt. #29).  After reviewing the Stipulation, and all relevant filings, and finding that Plaintiff and Defendant agree, the Court finds the Stipulation should be **GRANTED**.  Accordingly,

It is therefore **ORDERED** that, by agreement of Plaintiff and Defendant, this action and all claims and defenses asserted therein are hereby **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 4th day of January, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE